IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| RONALD GOODE, | : | |
|     Plaintiff, | : | |
| | : | |
| v. | : | CIVIL ACTION NO. 23-CV-2506 |
| | : | |
| THOMAS M. ZALESKI, *et al.*, | : | |
|     Defendants. | : | |

## ORDER

AND NOW, this 17th day of July, 2023, upon consideration of Ronald Goode's Motion to Proceed *In Forma Pauperis* (ECF No. 1), Prisoner Trust Fund Account Statement (ECF No. 4), *pro se* Complaint (ECF No. 2), and Motion to Appoint Counsel, it is **ORDERED** that:

1. Leave to proceed *in forma pauperis* is **GRANTED** pursuant to 28 U.S.C. § 1915.

2. Ronald Goode, # #55746-066, shall pay the full filing fee of $350 in installments, pursuant to 28 U.S.C. § 1915(b), regardless of the outcome of this case. The Court directs the Warden of FDC Philadelphia or other appropriate official to assess an initial filing fee of 20% of the greater of (a) the average monthly deposits to Goode's inmate account; or (b) the average monthly balance in Goode's inmate account for the six-month period immediately preceding the filing of this case. The Warden or other appropriate official shall calculate, collect, and forward the initial payment assessed pursuant to this Order to the Court with a reference to the docket number for this case. In each succeeding month when the amount in Goode's inmate trust fund account exceeds $10.00, the Warden or other appropriate official shall forward payments to the Clerk of Court equaling 20% of the preceding month's income credited to Goode's inmate account until the fees are paid. Each payment shall refer to the docket number for this case.

2

      3.      The Clerk of Court is **DIRECTED** to send a copy of this Order to the Warden of FDC Philadelphia.

      4.      The Complaint is **DEEMED** filed.

      5.      Goode's Complaint is **DISMISSED WITHOUT PREJUDICE** and with no leave to amend for the reasons stated in the Court's Memorandum.

      6.      The motion to appoint counsel is **DENIED** as moot.

      7.      The Clerk of Court shall **CLOSE** this case.

                                  **BY THE COURT:**

                                    /s/Joel H. Slomsky, J.
                                    **JOEL H. SLOMSKY, J.**