# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **RONALD GOODE,** | : | |
|     Plaintiff, | : | |
| | : | |
| v. | : | **CIVIL ACTION NO. 23-CV-2506** |
| | : | |
| **THOMAS M. ZALESKI,** *et al.*, | : | |
|     Defendants. | : | |

### ORDER

AND NOW, this 8th day of August, 2023, upon consideration of Ronald Goode's Motion for Reconsideration (ECF No. 10), it is **ORDERED** that:

1. The Clerk of Court is **DIRECTED** to reopen this case for the purpose of considering the Motion.

2. The Motion is **DENIED**.

7. The Clerk of Court shall **CLOSE** this case.

                                                                  **BY THE COURT:**

                                                                  /s/Joel H. Slomsky, J.
                                                                  **JOEL H. SLOMSKY, J.**